UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Group 1 Automotive, Inc. as Assignee on Behalf of
Group 1 Automotive Wholly-Owned Subsidiary etc

               Plaintiff(s),             Case No. 20-11263

v.             Honorable David M. Lawson

Tokai Rika Co., Ltd, et al             Magistrate Judge Anthony P. Patti

               Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

      This case appears to be a companion case to Case No. 12-2311. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Marianne O. Battani and Magistrate Judge Mona K. Majzoub.

                                                    s/David M. Lawson
                                                    David M. Lawson
                                                    United States District Judge

                                                    s/Marianne O. Battani
                                                    Marianne O. Battani
                                                    United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: June 1, 2020                        s/N. Ahmed
                                                   Deputy Clerk

cc:     Parties and/or counsel of record
          Honorable Marianne O. Battani